**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

SCOTT O'ROURKE,              )

           )

     Plaintiff,         )

           )

v.                    )   Case No. 4:16-cv-1795

           )

DAVID KING, *et al*,       )   **JURY TRIAL DEMANDED**

           )

     Defendant.      )

## ENTRY OF APPEARANCE

COMES NOW Sima Atri of ArchCity Defenders, Inc. and hereby enters her appearance as counsel for Plaintiff Scott O'Rourke in the above-captioned matter.

Dated: November 6, 2017        Respectfully submitted,

                          By:/s/ *Sima Atri*
                          Sima Atri (MBE #70489MO)
                          **ARCHCITY DEFENDERS, INC.**
                          1210 Locust Street, 2nd Floor
                          Saint Louis, MO 63103
                          855-724-2489 ext. 1006
                          314-925-1307 (fax)
                          satri@archcitydefenders.org

                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that notice of filing and a true and correct copy of the foregoing were served upon all parties of record via this Court's ECF/PACER notification system on this 6th day of November, 2017.

                          /s/ *Sima Atri*