IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT O'ROURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:16-cv-1795 |
| | ) |
| DAVID KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
ARI ZELMANOW, DAVID KING, AND STEVEN BURLE**

Pursuant to Fed. R. Civ. P. 56, Defendants Ari Zelmanow, Steven Burle, and David hereby each moves for summary judgment in his favor for the reason that, as demonstrated in the Memorandum of Law filed herewith, there are no genuine issues of material fact for a jury to decide with respect to Plaintiff's alleged claims against these three Defendants, and, therefore, each of these Defendants is entitled to judgment as a matter of law. Defendants have filed their Joint Statement of Uncontroverted Material Facts and Memorandum of Law in Support of their Motion for Summary Judgment contemporaneously herewith and incorporate the same by reference.

WHEREFORE, Defendants Ari Zelmanow, Steven Burle, and David King each requests that this Court grant this Motion for Summary Judgment.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

*/s/Henry F. Luepke*
Henry F. Luepke, #38782MO
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7652
Facsimile: (314) 340-7029
Bud.Luepke@ago.mo.gov

*Attorneys for Ari Zelmanow, Steven Burle, and David King*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to:

Nathaniel Carroll
ArchCity Defenders, Inc.
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
ncarroll@archcitydefenders.org

*Attorneys for Plaintiff*

/s/Henry F. Luepke