IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT O'ROURKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-cv-1795 |
| DAVID KING, *et al.*, | ) ) ) |
| Defendants. | ) |

**POLICE BOARD DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants Daniel Isom, Richard Gray, Thomas Irwin, Erwin Switzer, Bettye Battle-Turner, and Francis Slay (collectively the "Police Board Defendants") hereby each moves for summary judgment for the reason that, as demonstrated in the Memorandum of Law filed herewith, there are no genuine issues of material fact for a jury to decide with respect to Plaintiff's alleged claims against each of the individual Police Board Defendants, and, therefore, each of the individual Police Board Defendants is entitled to judgment in his or her favor as a matter of law. Defendants have filed their Statement of Uncontroverted Material Facts and Memorandum in Support of this Motion for Summary Judgment contemporaneously herewith and incorporate the same by reference.[1]

---

[1] In its Memorandum and Order of March 28, 2017, the Court dismissed "any claim against the St. Louis Police Board **as an entity** 'to the extent' the Complaint could be read to include such a claim". (Memo. and Order, Doc. # 19) (emphasis added).

WHEREFORE, Defendants Daniel Isom, Richard Gray, Thomas Irwin, Erwin Switzer, Bettye Battle-Turner, and Francis Slay each requests that this Court grant this Motion for Summary Judgment.

    Respectfully submitted,

    **JOSHUA D. HAWLEY**
    Attorney General

    */s/Henry F. Luepke*
    Henry F. Luepke, #38782MO
    Assistant Attorney General
    Missouri Attorney General's Office
    P.O. Box 861
    St. Louis, MO 63188
    Telephone: (314) 340-7652
    Facsimile: (314) 340-7029
    Bud.Luepke@ago.mo.gov

    *Attorneys for Daniel Isom, Richard Gray, Thomas Irwin, Erwin Switzer, Bettye Battle-Turner, and Francis Slay*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to:

Nathaniel Carroll
ArchCity Defenders, Inc.
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
ncarroll@archcitydefenders.org
*Attorneys for Plaintiff*

    */s/Henry F. Luepke*