UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT O'ROURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16-CV-01795-AGF |
| | ) |
| DAVID KING, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time to respond to Defendants' summary judgment motion is **GRANTED**.  ECF No. 51.  The deadline for Plaintiff to respond to the summary judgment motion shall be extended until the Court rules on Plaintiff's renewed motion to compel and for sanctions (ECF No. 49), at which time the Court will set a date certain for Plaintiff's response to the summary judgment motion and for Defendants' reply.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2018.

1