## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SCOTT O'ROURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 4:16-cv-1795-AGF |
| ) | |
| DAVID KING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate for all claims in the above-captioned case against Defendants David King, Steven Burle, Ari Zelmanow, Daniel Isom, and the Board of Police Commissioners of the City of St. Louis, Richard Gray, Thomas Irwin, Erwin O. Switzer, Bettye Battle-Turner, and Francis G. Slay to be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  April 2, 2018

Respectfully submitted,
ARCHCITY DEFENDERS, INC.

By:/s/ *Nathaniel R. Carroll*
   Blake A. Strode (MBE #68422MO)
   Michael-John Voss (MBE #61742MO)
   Nathaniel R. Carroll #67988MO
   Sima Atri (MBE #70489MO)
   1210 Locust Street 2nd Floor
   Saint Louis, MO 63103
   855-724-2489 ext. 1012
   314-925-1307 (fax)
   bstrode@archcitydefenders.org
   mjvoss@archcitydefenders.org
   ncarroll@archcitydefenders.org
   satri@archcitydefenders.org
   *Attorneys for Plaintiff*

        **JOSHUA D. HAWLEY**
        Attorney General
        /s/ *Robert J. Isaacson (with consent)*
        Robert J. Isaacson, #38361MO
        Assistant Attorney General
        P.O. Box 861
        St. Louis, Missouri 63188
        (314) 340-7861 (Telephone)
        (314) 340-7009 (Facsimile)
        *Attorneys for Defendants, King, Burle, Zelmanow,*
        *Board of Police Commissioners Gray, Irwin,*
        *Switzer, Battle-Turner, Mayor Slay & Isom*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was served Defendants, and all counsels of record., and a copy of the Certificate of Service was filed to be served by operation of the Court's electronic filing system this 2nd  day of April, 2018.

                /s/ *Nathaniel R. Carroll*